WILLIAM A. VAN METER, ESQ.  
Nevada State Bar No. 2803                                Electronically Filed on:  August 10, 2009  
P.O. Box 6630  
Reno, Nevada 89513  
Telephone:  (775) 324-2500  

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | CASE NO. 09-51635-GWZ<br>CHAPTER 13 |
| DENNIS WAYNE FITZPATRICK<br>SUZANNE OLGUIN FITZPATRICK,<br>    Debtors. | **TRUSTEE'S OBJECTIONS TO<br>CONFIRMATION OF CHAPTER 13 PLAN**<br><br>Hearing Date: August 14, 2009<br>and Time:        2:00 pm<br>(Time Required – 1 minute) |

The Trustee objects to confirmation of the Debtor(s) Chapter 13 Plan or any Amended Plan to the extent the proposed Plan contains provisions inconsistent with the provisions of 11 U.S.C. §1322 or to the extent the requirements of 11 U.S.C. §1325 have not been satisfied.  In connection with plan confirmation, the Trustee requests that the court determine that the Debtor has complied with 11 U.S.C. § 521(a)(1) and, that the automatic dismissal provisions of 11 U.S.C. § 521(i) do not apply.

The Trustee raises the following additional confirmation issues that are checked below:

___**x**___    The Plan does not provide for all scheduled administrative, secured and priority claims and/or the proposed **Plan payments are not adequate to provide for full payment of all administrative, secured and priority claims.  11 U.S.C. §1322(a).**

___**x**___    The Debtor(s) have not provided all requested tax returns or have failed to file all federal, state and/or local tax returns required by 11 U.S.C. § 1308.  11 U.S.C. § 1325(a)(9); Section 1228 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (not codified in Title 11).

___**X**___    The Debtors have not complied with 11 U.S.C. §521 and the Debtor's obligations to cooperate with the Trustee's office by failing to appear at the 341 meeting and/or failing to file and provide requested or required documents to the Trustee.  The Trustee may raise additional substantive Plan objections at the confirmation hearing if any when the Debtor(s) complies with his or her obligations under the Bankruptcy Code.

___**x**___    Other.The Trustee requests the following documentation:  
**List of business assets and valuation**

        DATED:  August 10, 2009                        /S/ WILLIAM A. VAN METER  
                                                                        William A. Van Meter, Trustee

**CERTIFICATE OF SERVICE**

     Pursuant to Fed. R. Bankr. P. 9014, 7004 and Fed. R. Civ. P. 4(g), I Teresa Herzinger hereby swear under penalty of perjury that I am over the age of 18, not a party to the within action, and that on August 10, 2009, I Electronically Filed the attached **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** and that upon the filing of the document I anticipate that the Bankruptcy Court will thereafter generate a Notice of Electronic Filing and electronically transmit the document to:

    Dated:  August 10, 2009

                                                                            /S/ Teresa Herzinger
                                                                            Teresa Herzinger

CLIFTON J. YOUNG, ESQ.
527 LANDER STREET
RENO, NV 89509


DENNIS WAYNE and SUZANNE OLGUIN FITZPATRICK        Served by First Class Mail
550 WEST PLUMB LANE
SUITE B447
RENO, NV 89509

William A. Van Meter
Chapter 13 Trustee
P.O. Box 6630
Reno, NV  89513



DENNIS WAYNE and SUZANNE OLGUIN FITZPATRICK
550 WEST PLUMB LANE
SUITE B447
RENO, NV 89509