

*[signature]*

**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

1
2
3
4
5
6
7
8  WILDE & ASSOCIATES
   Gregory L. Wilde, Esq.
9  Nevada Bar No. 004417
   208 South Jones Boulevard
10 Las Vegas, Nevada 89107
   Telephone: 702 258-8200
11 Fax: 702 258-8787
12
13 Deutsche Bank National Trust Comapny, as Trustee for holders of IMPAC Secured Assets Corp.,
   Mortgage Pass-Through Certificates, Series 2004-3
14 09-73788

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | BK-N-09-51635-gwz |
|---|---|
| Dennis Wayne Fitzpatrick and Suzanne Olguin Fitzpatrick | Date: 9/4/09  Time: 1:30pm |
|  | Chapter 13 |
| Debtor(s). |  |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Relief from the Automatic

\\\

\\\

1  Stay in the above-entitled bankruptcy proceedings is granted as to the subject property described as 598
2  W. Plumb Lane, Reno, NV 89509.

       DATED this _____ day of _____, 2009.

Submitted by:
**WILDE & ASSOCIATES**

_____
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107


APPROVED / DISAPPROVED

_____
**Clifton J. Young**
572 Lander St., Ste 204
Reno, NV 89509
Attorney for Debtor(s)

APPROVED / DISAPPROVED

_____
**William Van Meter**
P.O. Box 6630
Reno, NV 89513
Chapter 13 Trustee

ALTERNATIVE METHOD RE: LOCAL RULE 9021:

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

\_\_\_\_ The court waived the requirements of LR 9021.

\_\_\_\_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

(List Parties)

Debtor's counsel:

\_\_\_\_ approved the form of this order       \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   _X_ failed to respond to the document

\_\_\_\_ appeared at the hearing, waived the right to review the order

\_\_\_\_ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

\_\_\_\_ approved the form of this order       \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   _X_ failed to respond to the document

Other Party:_____

\_\_\_\_ approved the form of this order       \_\_\_\_ disapproved the form of this order

\_\_\_\_ waived the right to review the order and/or   \_\_\_\_ failed to respond to the document

Breach Order:

\_\_\_\_ This is an Order Vacating the Stay after the Failure to cure a Declaration of Breach. Copies of this proposed order were transmitted to Debtor's counsel and appointed trustee to which they have not replied

Submitted by:

/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor