



Entered on Docket
January 19, 2010

_____
**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

WILLIAM A. VAN METER, TRUSTEE
State Bar. No. 2803
P.O. Box 6630
Reno, Nevada  89513
(775) 324-2500

Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

IN RE:

DENNIS WAYNE FITZPATRICK
SUZANNE OLGUIN FITZPATRICK,

        Debtors.

CASE NO. 09-51635-GWZ

Chapter 13

**ORDER DISMISSING CASE**

Hearing Date: September 4, 2009
/ Hearing Time: 2:00 pm.

Pursuant to the court's Order Conditionally Denying Trustee's Motion to Dismiss resulting from a hearing

that took place on September 4, 2009, and the Bankruptcy Court record reflecting neither that the conditions set

forth in the Court's Conditional Order of Dismissal have been satisfied nor that a party in interest has sought relief

from the Order, and for good cause appearing;

IT IS ORDERED that this case is **dismissed**.

Approved:

/S/ CLIFTON J. YOUNG
CLIFTON J. YOUNG, ESQ.
Attorney for the Debtor

ALTERNATIVE METHODS re: RULE 9021:

In accordance with L.R. 9021, the undersigned certifies:

_____ The court waived the requirements of L.R. 9021.

X    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:
X    approved the form of this order as indicated  above;
_____ waived the right to review the order; and/or
_____ failed to file and serve papers in accordance with L.R. 9021(c).

_____ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with L.R. 9021(c) and the following have disapproved the form of the order:

NONE

_____ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

**Dated:**  December 31, 2009

/S/ Teresa Herzinger
Teresa Herzinger
Assistant to William A. Van Meter, Trustee
P.O. Box 6630
Reno, NV  89509

###